Submitted on record and briefs February 14, affirmed March 1, 1978

MICHAEL PAUL MARSH, *Petitioner,*
*v.*
STATE BOARD OF PAROLE, *Respondent.*
(No. CA 9579)
575 P2d 176

Michael Paul Marsh, Salem, filed the briefs pro se for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Carol J. Molchior, Certified Law Student, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Bonney v. OSP,* 270 Or 79, 526 P2d 1020 (1974); *Sterling v. Bd. of Parole,* 16 Or App 481, 493, 519 P2d 1047, *rev den* (1974) (specially concurring opinion).